UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICHARD AND FLORA NAHIGAN, et al., | |
| Plaintiffs, | |
| v. | CIV. NO. S-05-399 LKK/PAN |
| MERCK & CO., INC., a corporation; and McKESSON CORPORATION, a corporation, | |
| Defendants. | |

| | |
|---|---|
| HELEN ARONIS, | |
| Plaintiff, | |
| v. | CIV. NO. S-05-486 WBS/DAD |
| MERCK & CO., INC., a corporation; and McKESSON CORPORATION, a corporation, | |
| Defendants. | |

////

////

////

```
 1  EVELYN MAYO,
 2                      Plaintiff,
 3          v.                              CIV. NO. S-05-580 GEB/KJM
 4  MERCK & CO., INC., a
    corporation; and McKESSON
 5  CORPORATION, a corporation,
 6                      Defendants.
                                      /
 7  ALLEN HURLBURT,
 8                      Plaintiff,
 9          v.                              CIV. NO. S-05-606 MCE/KJM
10  MERCK & CO., INC., a
    corporation; and McKESSON
11  CORPORATION, a corporation,
12                      Defendants.
                                      /
13  LEONARD LAGDEN,
14                      Plaintiff,
15          v.                              CIV. NO. S-05-656 DFL/PAN
16  MERCK & CO., INC., a
    corporation; and McKESSON
17  CORPORATION, a corporation,
18                      Defendants.
                                      /
19  LARRY GRAHAM,
20                      Plaintiff,
21          v.                              CIV. NO. S-05-660 MCE/PAN
22  MERCK & CO., INC., a
    corporation; and McKESSON
23  CORPORATION, a corporation,             NON-RELATED CASE ORDER
24                      Defendants.
                                      /
25
26  ////
```

1 | The court has received the Notice of Related Cases concerning
2 | the above-captioned cases filed April 12, 2005.  <u>See</u> Local Rule 83-
3 | 123, E.D. Cal. (1997).  The court has determined, however, that it
4 | is inappropriate to relate or reassign the cases, and therefore
5 | declines to do so.  This order is issued for informational purposes
6 | only, and shall have no effect on the status of the cases,
7 | including any previous Related (or Non-Related) Case Order of this
8 | court.
9 |     IT IS SO ORDERED.
10 |     DATED:  April 26, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT