**FILED**
JUN 2 8 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUN 14 2005
FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUN 20 P 2:43
LORETTA G. WHYTE
CLERK

*DOCKET NO. 1657*      **05-2501**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION    SECT. L MAG. 3

*Leonard Lagden v. Merck & Co., Inc., et al.*, E.D. California, C.A. No. 2:05-656

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE JULY 28, 2005 HEARING SESSION

A conditional transfer order was filed in this action (*Lagden*) on May 5, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Lagden* submitted a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-9" filed on May 5, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 14, 2005, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman



# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

June 14, 2005

Loretta G. Whyte, Clerk
C-151 United States Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

*Leonard Lagden v. Merck & Co., Inc., et al.*, E.D. California, C.A. No. 2:05-656

Dear Ms. Whyte:

A conditional transfer order was filed in the above matter on <u>May 5, 2005</u>. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Regina Hale
Regina Hale
Calendar Clerk

Enclosures

cc:   Transferee Judge: Judge Eldon E. Fallon
      Transferor Judge: Judge David F. Levi
      Transferor Clerk: Jack L. Wagner

JPML Form 68

INVOLVED COUNSEL
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Susan B. Altman
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA  94120-7936

Louis A. DeMers
DeMers & Donovan
725 University Ave.
Sacramento, CA  95825

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA  70113

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th Floor
New York, NY  10004-1482

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA  70130-3588